Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MARVIN RANDALL

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| MARVIN RANDALL, | ) Case No.: |
| | ) |
| Plaintiff, | ) **COMPLAINT AND DEMAND FOR** |
| | ) **JURY TRIAL** |
| v. | ) |
| | ) **(Unlawful Debt Collection Practices)** |
| DIVERSIFIED ADJUSTMENT SERVICE, | ) |
| | ) |
| INC., | ) |
| | ) |
| Defendant. | |

**PLAINTIFF'S COMPLAINT**

MARVIN RANDALL (Plaintiff), through their attorneys, KROHN & MOSS, LTD., allege the following against DIVERSIFIED ADJUSTMENT SERVICE, INC. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant has a business office in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural persons residing in Tempe, Maricopa County, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency and has a business office in Minneapolis, Hennepin County, Minnesota.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant called Plaintiff on his previous cellular telephone number at 480-297-9073.

13. Defendant called Plaintiff and failed to disclose that "Diversified Adjustment Service, Inc." was the caller.

14. Defendant called Plaintiff and failed to disclose that the call was from a debt collector.

15. Defendant is attempting to collect a debt Plaintiff does not owe because Plaintiff has never contracted with Defendant for cellular service.

16. When Plaintiff requested validation of the debt, Defendant provided a copy of a Sprint cellular service bill which indicates an address for Plaintiff in Solana Beach, California. Plaintiff has never resided in Solana Beach, California (see Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient to Plaintiff because Defendant is attempting to collect a debt Plaintiff does not owe.

    b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

    c. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    d. Defendant violated *§1692d(5)* of the FDCPA by failing to state in communications with Plaintiff that "Diversified Adjustment Service, Inc." is the caller.

    e. Defendant violated *§1692e(2)(A)* of the FDCPA by falsely representing the character, amount and legal status of a debt because Plaintiff does not owe a debt to Sprint.

    f. Defendant violated *§1692e(10)* of the FDCPA by providing a copy of a Sprint cellular service bill which indicates a city that Plaintiff has never resided in.

WHEREFORE, Plaintiff, MARVIN RANDALL, respectfully requests judgment be entered against Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC. for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

1   21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act,

2   *15 U.S.C. 1692k*

3   22. Any other relief that this Honorable Court deems appropriate.

4

5                                              **DEMAND FOR JURY TRIAL**

6   Plaintiff, MARVIN RANDALL, demands a jury trial in this cause of action.

7

8                                                                      RESPECTFULLY SUBMITTED,

9   DATED:  February 1, 2010                                KROHN & MOSS, LTD.

10

11                                                                          By: /s/  Ryan Lee                                _

12                                                                          Ryan Lee
                                                                            Attorney for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

- 4 -

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

    Plaintiff, MARVIN RANDALL, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, MARVIN RANDALL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: JAN 25, 2010

MARVIN RANDALL

September 29, 2009

CERTIFIED MAIL
7009 2250 0001 5356 5958

Marvin Randall
PO Box 51351
Phoenix, AZ 85076

Diversified Adjustment Service, Inc.
600 Conn Rapids Blvd.
Coon Rapids, MN 55433

Re: Account 11025479

To Whom It May Concern:

This letter is being sent to you in response to a dunning letter received on September 27, 2009. Be advised that this is not a refusal to pay- yet but a notice sent pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 USC 1692g that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a demand for VALIDATION made pursuant to the above named Title and Section. I respectfully ask that your offices provide me with competent evidence that I have any legal obligation to pay you.

In order for me to complete my review, please provide the following items:

- What the money I allegedly owe is for;
- Explain and show how you calculated what you say I allegedly owe;
- Provide me copies of any papers/documents that show I agreed to pay this amount;
- Identify the original creditor and provide their address.

At this time I will also inform you that if your offices have reported invalidated information to any of the three credit bureaus, this action may constitute fraud under both State and Federal law. Due to this fact, if any negative mark is found on my credit report, I will not hesitate in initiating legal action.

Your firm must provide this information within 15 days of receipt of this letter or I will exercise my rights under the FDCPA.

If your company is able to provide the proper documentation as demanded, I will require thirty days to review this information and during such time all collection activity must cease desist- include reporting to Experian, Equifax and Transunion.

It would be advisable that you assure your records are in order before I am forced to take legal action. This is you first and only warning.

Sincerely,

MARVIN RANDALL

## CERTIFIED MAIL TRACKING SHEET

Date Mailed: 9/30/2009
Company: DIVERSIFIED ADJUSTMENT SERVICE INC
Account No.: 11025479

Type of Letter: DEBT VALIDATION LETTER

Certified Mail No.: 7009 2250 0001 5356 5958

Date Received: 10/5/2009
Notes:

**POSTMARKED CERTIFICATE**

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .44 |
| Certified Fee | 2.8 |
| Return Receipt Fee (Endorsement Required) | 2.3 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.54 |

Sent To: DIVERSIFIED ADJUSTMENT SERVICE INC
Street, Apt. No.; or PO Box No. 600 COON RAPIDS BLVD
City, State, ZIP+4 COON RAPIDS MN 55433

PS Form 3800, August 2006

**RETURN RECEIPT CARD**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DIVERSIFIED ADJUSTMENT SERVICE INC
600 COON RAPIDS BLVD
COON RAPIDS MN 55433

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): J. Leynes
C. Date of Delivery: 10/5 MR

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0001 5356 5958

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



# UNITED STATES POSTAL SERVICE

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7009 2250 0001 5356 5958**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
**Return Receipt**
Status: **Delivered**

Your item was delivered at 9:51 AM on October 5, 2009 in MINNEAPOLIS, MN 55433.

Detailed Results:

* Delivered, October 05, 2009, 9:51 am, MINNEAPOLIS, MN 55433
* Notice Left, October 03, 2009, 9:01 am, MINNEAPOLIS, MN 55433
* Acceptance, September 30, 2009, 9:44 am, CHANDLER, AZ 85226

**Track & Confirm**
Enter Label/Receipt Number.

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer G:
Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA   Postal Inspectors Preserving the Trust   Inspector General Promoting Integrity

November 27, 2009

**CERTIFIED MAIL**
7009 2250 0001 5356 5934

Marvin Randall
PO Box 28087
Tempe, AZ 85285

Diversified Adjustment Service, Inc.
600 Coon Rapids Blvd.
Coon Rapids, MN 55433

Re: Account 11025479

To Whom It May Concern:

On September 27, 2009, I received a "dunning" letter from your firm purportedly on behalf of Sprint seeking to collect on a debt totaling $1,066.00. On September 30, 2009, I sent a letter seeking validation of the debt- as is my right under the Fair Debt Collection Practices Act ("FDCPA").

My letter sent on September 30, 2009 seeking validation of the above mentioned account was received by your firm on October 5, 2009 at 9:51am. A copy of the debt validation letter, the Certified Mail receipt and the notification from the US Postal Service website is enclosed.

On October 5, 2009 at 2:22 PM, Pacific Time, I received a "robo-call" from a number belonging to Diversified Adjustment Services. The call was received on my cellular phone.

Under the FDCPA Section 1692g (b), collection efforts must cease once a request for validation is received. Any effort to collect on a debt without providing validation is a violation of the aforementioned section of the FDCPA. Under the law, I may file suit and seek $1,000 in statutory damages for a violation of the FDCPA.

Additionally, I have learned that these "robo-calls" to cellular phones are a violation of the TCPA, 47 USC 227. As of October 6, 2009, I have received a total of six (6) of these calls to my cellular phone. Under the law, I may file suit and seek up to $1,500 per call in damages.

This letter will serve to document to following:

1. **Diversified Adjustment Services committed one (1) violation of the Fair Debt Collection Practices Act, Section 1692g (b). This occurred on October 5, 2009 at 2:22 PM.**

2. **I have documented a total of six (6) robo-calls to my cellular phone in violation of 47 USC 227 ("TCPA," Telephone Consumer Protection Act). These calls have all been logged and their messages have been transcribed.**

3. **The "itemized" bill from Sprint to validate the alleged account balance is woefully incomplete—it was blank. This does not come close to showing how the alleged amount due was calculated.**

I am now entertaining the possibility of litigation against your firm. I understand that I may sue for $1,000 for the FDCPA violation and up to $1,500 per TCPA violation. That would be $10,000 in total damages.

Should your firm proceed, I will file suit without any further warning.

Sincerely,

MARVIN RANDALL

DIVERSIFIED ADJUSTMENT SERVICE, INC.

MAIL TO: PO BOX 32145
FRIDLEY, MN 55432

600 COON RAPIDS BLVD.
COON RAPIDS, MN 55433
763-780-1042
1-800-592-3429

MARVIN RANDALL
PO BOX 51351
PHOENIX AZ 85076-1351

11025479

10-08-09

RE: SPRINT
CLIENT REF #: 448478311

BALANCE DUE:      $   1066.60

** ITEMIZED STATEMENT ENCLOSED **

DEAR MARVIN RANDALL

ENCLOSED IS THE ITEMIZED STATEMENT YOU REQUESTED EXPLAINING YOUR BALANCE DUE.

PLEASE REMIT PAYMENT IN FULL OR CALL ME TODAY AT 763-780-1042 OR 1-800-592-3429

AN ACCOUNT REPRESENTATIVE

PLEASE INCLUDE THIS ACCOUNT NUMBER 11025479 ON YOUR PAYMENT.

To pay your bill by credit card or phone check call: 1-800-592-3429
Pay Online At: www.EasyPayment.com

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## ▸ ACCOUNT INFORMATION

**Account Name**
MARVIN RANDALL

**Account Number**
448478311

**Invoice Date**
September 23, 2009

### ▸ MONTHLY INVOICE SUMMARY

August 20 - September 19, 2009

| | |
|---|---|
| Previous Balance | 1,066.60 |
| Outstanding Balance - Due Upon Receipt | $1,066.60 |
| **Total Amount Due** | **$1,066.60** |

**Total Amount Due** $1,066.60

## ▸ CUSTOMER CARE

**Register and Logon**
www.sprint.com

**Call Sprint**
1-800-639-6111

### ▸ SPRINT NEWS AND NOTICES

This section contains important updates about your Sprint Services, including Service or Rate Changes, Promotions and Offers.

**Correspondence**
Please send all correspondence including billing inquiries to:

Sprint Customer Service
PO Box 8077
London, KY 40742

**Do not enclose your payment with the correspondence.**

You may also contact Sprint Customer Care at the number listed on your invoice or by going to sprint.com.

## ▸ PAYMENT OPTIONS

**To Pay Your Bill Online Go To**
www.sprint.com/mysprint
Sign up for Recurring Direct Debit!

**To Pay Your Bill By Phone Call**
1-800-784-2608 or
*3 from your Sprint phone

**To Pay Your Bill By Mail**
See reverse side for details. ▾





*Any unpaid balance after the due date may be subject to a late payment charge per your contract.

Sprint

PO BOX 8077
London, KY 40742

#BWNKCTX
#0000 0448478311 B 8#
MANIFESTLINE--------------------
MARVIN RANDALL
PO BOX 420
SOLANA BEACH, CA 92075-0420

Account Number
448478311
Account Name
MARVIN RANDALL

Page
2 of 4

# SPRINT NEWS AND NOTICES CONTINUED

This bill has been revised to include charges which were not reflected on your bill dated Aug 20. Payment of this bill is due in full by October 13.

## Important Information About Your Sprint Invoice

**Explanation of Certain Account Summary Provisions (page 3):**

**Sprint Surcharges:** Rates we choose to collect from you to help defray costs imposed on us. Surcharges are not taxes or amounts we are required to collect from you by law. Surcharges may include: Federal USF, regulatory charges, administrative charges, gross receipts charges, and other charges incurred to recover costs associated with governmental programs. The amounts, and the components used to calculate Surcharge amounts, are subject to change. **Government Fees and Taxes:** Taxes and fees Sprint is required to collect from customers on behalf of the government.

## Prorated Early Termination Fee (ETF) Policy

An ETF of up to $200/line applies if you terminate service early. Contracts starting after Nov. 2008 are subject to this policy ($200 through month 5 of term, decreasing $10 a month until $50 minimum applies to remainder). See sprint.com/etf for information.

## California Customers

If you have a complaint that we can't resolve, you may call the California Commission at 800-649-7570 or TDD 800-229-6846. For

information on managing your phone service, visit the following website: calphoneinfo.ca.gov/CEI/Spanish provided by the CA PUC. It contains a language other than English.

## Any Mobile, Anytime service is here!

Any Mobile, Anytime gives you unlimited domestic calls to & from any U.S. mobile phone while on our network, that's 250+ million people! Any Mobile, Anytime is included with the Everything Data Plans, available to current customers without extending your service agreement. For details, see sprint.com/anymobile.

## Important 9-1-1 Information

Dial 9-1-1 in case of emergency. If you encounter a prerecorded message instead of a live operator, wait for the appropriate prompt and say "EMERGENCY" instead of pressing 1. Not all wireless phones transmit number tones during a 911 call. See sprint.com/consumerinfo, *Important 911 Information* for more details.

## Software Updates Available

Keep your phone's software current by checking for updates regularly. Log on to sprint.com any time to check your alerts or go to sprint.com/learn and follow the instructions for your phone. That's getting it done right now.

## BILLING FOOTNOTES

| | | | |
|---|---|---|---|
| **Time Period:** | PP-Peak Period | OP-Off Peak Period | MP-Multiple Period |
| **Features:** | CW-Call Waiting | CF-Call Forwarding | 3W-Three Way Call | DS-Dial up Service | MM-Mobile to Mobile |
| | SH-Sprint To Home | SO-Sprint To Office | AC-Audio Conferencing | LD-Long Distance | OS-Operator Services |
| **Networks:** | WI-Wireless Integration | DA-Directory Assistance | WC-Any Mobile Anytime | | |
| | NN-National Network | OC-outofHomeArea | IR-International Roaming | WD-Worldwide Discount | TJ-Tijuana Network |
| | OA-Out of Area | R-Roaming | SA - Sprint Airave | | |
| **Services:** | AL-Alternate Line | PU-Plan/Promotional Usage | PF-Partial Free | FC-Free Call | WP-Wireless Priority |

---

Please make checks payable to Sprint.

Sign up at www.sprint.com to have your Sprint bill automatically paid every month.

**MARVIN RANDALL**

| | |
|---|---|
| Account Number | 448478311 |
| Total Amount Due | $1,066.60 |
| Amount Enclosed | $ |

Please fill out the form below to change your billing address.

☐ Change of Address: Effective Date _____
Address _____
City _____ State _____ ZIP _____
Home # (____) _____ Business # (____) _____

PO BOX 54977
LOS ANGELES, CA 90054-0977

||....||...||...|.|.|.||..|.|..|..||..||..||..|.|.|.|

☐ Change/Add E-mail (Optional) _____
Sprint may contact you regarding new offerings or promotions.

448478311 00000000000 000001066600 000001066604

**Account Number**
448478311

**Account Name**
MARVIN RANDALL

**Billing Period**
08/20/09-09/19/09

**Page**
3 of 4

**Invoice Date**
September 23, 2009

Sprint

> ## ACCOUNT SUMMARY

| Monthly Recurring Access Charges | Service Discount/ Adjustments | Cellular Minutes/ Charges | LD and Other Minutes/ Charges | Directory Assistance Charges | Nextel Direct Connect Svcs. Minutes/ Charges | Messaging Number of Messages/ Charges | Data and Third Party Services KB/ Charges | Equipment and Retail Purchases | Sprint Surcharges | Government Fees and Taxes | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|

### Account Charges and Adjustments

448478311   MARVIN RANDALL

If you prefer to receive a Summary Invoice, please visit sprint.com, log into My Sprint, and select the "Change how detailed your bill is" option or contact Customer Care. The Summary Invoice is designed for your convenience, and will not display full billing details.

**Account Number** 4484783111
**Account Name** MARVIN RANDALL

**Billing Period** 08/20/09-09/19/09
**Invoice Date** September 23, 2009

Page 4 of 4

## ACCOUNT CHARGES AND ADJUSTMENTS

> **ACCOUNT ACTIVITY SUMMARY**

**PREVIOUS INVOICE ACTIVITY**

| | Date Received | Amount |
|---|---|---|
| Previous Balance | | $1,066.60 |
| Outstanding Balance | | $1,066.60 |



Sprint