# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Randall, | Case No.: CV-10-00233-PHX-MHB |
| Plaintiff, | **ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Diversified Adjustment Service, Inc. | |
| Defendant. | |

Based upon the Stipulation of Dismissal with Prejudice, filed by the parties to this action, (Doc. 20) and pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** dismissing the above-captioned matter with prejudice, each party to bear their own attorney fees and costs.

Dated this 27th day of September, 2010.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge